UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number:  20-14039-CIV-MARTINEZ-MAYNARD

FLORIDA LIMITED INVESTMENT
PROPERTIES, INC.,

    Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation Defendant's Motion to Quash Service of Process, (ECF No. 1-3, at 64); Plaintiff's Motion for Remand, (ECF No. 8); and Plaintiff's Motion to Strike Unsworn Hearsay Assertions, (ECF No. 14).  Magistrate Judge Maynard filed a Report and Recommendation ("R&R") recommending that (1) Defendant's Motion to Quash be granted in part; and Plaintiff's Motion for Remand and Motion to Strike be denied.  (ECF No. 25).  The Court has reviewed the record and notes that no objections have been filed and the deadline to do so has passed.  After careful consideration, it is

**ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation. (ECF No. 25), is hereby **AFFIRMED** and **ADOPTED**.  Accordingly, it is,

    1.    Plaintiff's Motion for Remand, (ECF No. 8), is **DENIED.**

    2.    Defendant's Motion to Quash Service of Process, (ECF No. 1-3), is **GRANTED**.

    3.    The entry of default and default judgment entered against Defendant is

**VACATED**.

      4.      Plaintiff's Motion to Strike Unsworn Hearsay Assertions, (ECF No. 14), is **DENIED**.

      DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of September, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record